USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/13/2018__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x   Case No. 17 cv 8150 (ALC)

ANASTASIOS AGELONIAS,

            Plaintiff,

   -against-                                                                **STIPULATION OF DISMISSAL WITH PREJUDICE**

CONSOLIDATED EDISON COMPANY OF NEW YORK,
INC., and MICHELLE SANTIAGO, *Individually*,

            Defendants.

------------------------------------------------------------ x

      IT IS HEREBY STIPULATED, by and between the undersigned attorneys, that the claims in the above-entitled action are hereby dismissed with prejudice, without costs or attorneys' fees, except as otherwise agreed to between Plaintiff and Defendants.

Dated: ~~January~~ Feb. 12, 2018

**PHILLIPS & ASSOCIATES**

_/s/ Casey Wolnowski_
Casey Wolnowski, Esq.
45 Broadway, Suite 620
New York, NY 10006
Tel.: (212) 248-7431
Email: cwolnowski@tpglaws.com

*Attorneys for Plaintiff*

Dated: ~~January~~ February 7, 2018

**CON EDISON LAW DEPARTMENT**

_/s/ Adam J. Smiley_
Adam J. Smiley, Esq.
Senior Attorney – Labor & Employment
4 Irving Place – Rm. 1800
New York, NY 10003
Tel.: (212) 460-3990
Email: smileya@coned.com

*Attorneys for Defendants*

SO ORDERED:

_/s/ Andrew L. Carter_
Hon. Andrew L. Carter, Jr., U.S.D.J.

Date: 2/13/2018